UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLYMOUTH ROCK ASSURANCE CORPORATION OF NEW YORK A/S/O MOSHE STERN,<br><br>       Plaintiff,<br><br> -against-<br><br>BROAN-NUTONE LLC,<br><br>       Defendant. | Docket No.:<br><br>**<u>NOTICE OF REMOVAL</u>** |

**TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK:**

  Defendant, BROAN-NUTONE LLC, (hereinafter "Broan"), for the removal of this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, respectfully shows this Honorable Court:

  **FIRST:** Broan is a defendant in a civil action brought against it in the Supreme Court of the State of New York, County of Kings; entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| PLYMOUTH ROCK ASSURANCE CORPORATION OF NEW YORK A/S/O MOSHE STERN,<br><br>       Plaintiff,<br><br> -against-<br><br>BROAN-NUTONE LLC,<br><br>       Defendant. | Index No.: 502736/2023 |

  **SECOND:** A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"**. Broan has not yet filed an Answer. This exhibit constitutes all pleadings and orders served upon any active party in this action.

6687358-1

**THIRD:** In meeting and conferring with Plaintiff's counsel to obtain more information regarding the alleged incident, Plaintiff's counsel confirmed via telephone on April 7, 2023 that the alleged damages in this matter exceeded $75,000, exclusive of interests and costs. Discussions were also held regarding Broan's intent to consolidate the matter with a related matter currently pending in the Eastern District of New York (Index No. 1:23-cv-00666-NGG-RER). Accordingly, it is clear that the amount of controversy in this matter exceeds $75,000 exclusive of interests and costs. Less than thirty (30) days have elapsed since receipt of this information.

**FOURTH:** Plaintiff has alleged that Broan is strictly liable for damages in this case as a result of the doctrine of strict products liability. Exhibit A at ¶ 20.

**FIFTH:** This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by Broan, pursuant to the provisions of Title 28 United States Code, Section 1441, in that, it is a civil action brought in a Supreme Court against a foreign corporation whose principal place of business is outside of the State of New York, by a citizen of the State of New York, with the amount in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Defendant, Broan-Nutone LLC prays that the above action now pending against it in the Supreme Court of the State of New York, County of Kings, be removed from there to this Court.

Dated: New York, New York
April 13, 2023

**CONNELL FOLEY LLP**

BY: *Samantha Diorio*

**MICHAEL J. CROWLEY**
**SAMANTHA M. DIORIO**
*Attorneys for Defendant*
**BROAN-NUTONE**
875 3rd Avenue, 21st Floor
New York, New York 10022
(212) 307-3700
mcrowley@connellfoley.com
sdiorio@connellfoley.com

-and-

**SMITH DUGGAN CORNELL & GOLLUB LLP**
Chris Duggan, Esq.
Andrew Black, Esq.
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
(617) 228-4458
Chris.Duggan@smithduggan.com
Andrew.Black@smithduggan.com

**TO:** Frederic Paul Gallin, Esq.
**METHFESSEL & WERBEL, ESQS.**
*Attorneys for Plaintiff*
**PLYMOUTH ROCK ASSURANCE CORPORATION OF NEW YORK A/S/O MOSHE STERN**
112 West 34th Street, Room 17089
New York, New York 10120
(212) 947-1999
gallin@methwerb.com
File No.: 93221 FPG